*OFFICE OF THE CLERK*

**UNITED STATES DISTRICT COURT**
*for the*
**MIDDLE DISTRICT of PENNSYLVANIA**
*William J. Nealon Federal Bldg. & U.S. Courthouse*
*235 North Washington Avenue*
*P.O. Box 1148*
*Scranton, PA 18501-1148*

**MARY E. D'ANDREA**
*Clerk of Court*

*(570) 207-5600  FAX (570) 207-5650*

*Divisional Offices*

*Harrisburg:  (717) 221-3920*
*Williamsport: (570) 323-6380*

January 15, 2003

**FILED
SCRANTON**

JAN 1 5 2003

PER _____

**DEPUTY CLERK**

Andrew J. Ostrowski, Esq.
Andrew L. Levy, Esq.

Re:   Trimble vs. Fleetwood Homes of Pennsylvania
      Civil No. 1:01-CV-228 (Judge Smyser)

Dear Counsel:

Under Rule 54(d), F.R.C.P. and Local Rules 54.3 and 54.4, taxation of costs have been requested by the Defendants. The required supporting documents have been submitted along with certification that other parties were given required notice.

Resolution of the appeal has prompted the taxation of costs to occur. Any objections to the taxing of costs should be filed with the Clerk on or before **January 23, 2003.** Absent any objections by that time, costs will be taxed on **January 30, 2003**, or as soon thereafter as the matter can be reached.

Very truly yours,

MARY E. D'ANDREA, CLERK

by: _____
    Deputy Clerk