```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
                                    :
HEATHER TRIMBLE                     :
                                    :
        Plaintiff                   :  CIVIL ACTION NO. 1:CV-01-228
                                    :  (Magistrate Judge Smyser)
    v.                              :
                                    :
FLEETWOOD HOMES OF PENNSYLVANIA     :
                                    :
        Defendant                   :
```

## JUDGMENT

Pursuant to the court's judgment entered November 13, 2001 and Federal Rule of Civil Procedure 54(d)(1) costs are hereby taxed against the <u>plaintiff Heather Trimble</u> and in favor of <u>defendant Fleetwood Homes of Pennsylvania, Inc.</u> in the amount of <u>$2,593.33</u>.

                                            ATTEST:


                                            <u>s/Mary E. D'Andrea</u>
                                            MARY E. D'ANDREA, Clerk

DATE: March 4, 2003