IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HEATHER TRIMBLE,                            :
                        Plaintiff            :
                                             :
                                             :
            v.                               :
                                             : NO. 1:CV-01-0228
FLEETWOOD HOMES OF                           :
PENNSYLVANIA, INC.,                          :
                        Defendant            :



## PRAECIPE TO ISSUE

To:    Clerk

       Issue a Certificate of Clerk in the above-captioned matter in order that

judgment may be entered in Lancaster County, PA.


                                   McNEES WALLACE & NURICK LLC


                                   By _____
                                        Andrew L. Levy
                                        100 Pine Street
                                        P.O. Box 1166
                                        Harrisburg, PA 17108
                                        (717)232-8000
                                        Attorneys for Defendant

Date: September /0  , 2003

Wed Sep 10 14:47:30 2003

UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.    111 139501
Cashier          jill

Tender Type   CHECK

Check Number: 124162

Transaction Type    N

DO Code    Div No        Acct
  4667        1          322360

Amount              $      7.00

MCNEES WALLACE & NURICK P.O. BOX 116
6 HBG., PA 17108

CERTIFICATION



cn