IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEATHER TRIMBLE, | : |
| Plaintiff, | : CIVIL ACTION NO: 1:01-CV-0228 |
| v. | : MAGISTRATE JUDGE SMYSER |
| FLEETWOOD HOMES OF PENNSYLVANIA, INC., | : |
| Defendant. | : |

### CERTIFICATION OF CLERK

I, Mary E. D'Andrea, Clerk, of the United States District Court for the Middle District of Pennsylvania, do hereby certify that on March 4, 2003, Judgment was entered in the captioned case in favor of Defendant, FLEETWOOD HOMES OF PENNSYLVANIA, INC., and against Plaintiff, HEATHER TRIMBLE, in the amount of two-thousand five hundred ninety-three dollars and thirty-three cents. ($2,593.33).

Certified copy of the docket entries is attached. WITNESS my hand and seal of said Court at Harrisburg, Pennsylvania, this 11th day of September, 2003.

MARY E. D'ANDREA, CLERK

By: *Carrie Lynn Thomas*
Deputy Clerk